UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRADLEY HEPPNER,<br>                       Defendant. | No. 1:25-cr-00503<br><br>**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF ROBERT ZINK** |

I, Robert Zink, declare pursuant to 28 U.S.C. § 1746, that:

1. I am an attorney at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for defendant Bradley Heppner in the above-captioned action.

2. I submit this declaration in support of my motion to practice *pro hac vice* in the above-captioned action.

3. As shown in the Certificates of Good Standing annexed hereto, which were issued within the past 30 days, I am a member in good standing of the Bar of the District of Columbia and the Bar of New York.

4. I have no disciplinary proceedings pending against me in any federal or state court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

WHEREFORE, I respectfully request that the Court grant this motion for my admission *pro hac vice* in the above-captioned action.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 11th day of November, 2025 in Washington, District of Columbia.

                                                                                                   */s/ Robert Zink*
                                                                                                     Robert Zink