UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRADLEY HEPPNER,<br>                              Defendant. | No. 1:25-cr-00503<br><br>**[PROPOSED] ORDER OF ADMISSION *PRO HAC VICE* OF ROBERT ZINK** |

The motion for the admission of **Robert Zink** to practice *pro hac vice* in the above-captioned action is hereby **GRANTED**.

Applicant has declared that he is a member in good standing of the Bar of the District of Columbia and the Bar of New York, and that his contact information is as follows:

> Applicant's Name: Robert Zink
> Firm Name: Quinn Emanuel Urquhart & Sullivan, LLP
> Address: 1300 I Street NW, Suite 900, Washington, DC 20005
> Telephone: 202.538.8338
> Email: robertzink@quinnemanuel.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Bradley Heppner in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to its Local Rules, including the Rules governing discipline of attorneys.

Dated: 11/12/2025

Hon. Jed S. Rakoff
United States District Judge