

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob J, Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 18, 2025

**VIA EMAIL**

Honorable Jed S. Rakoff
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:   *United States v. Bradley Heppner*, 25 Cr. 503 (JSR)

Dear Judge Rakoff:

    The parties respectfully request that the Court amend the defendant's bond in the following three ways:

- In the list of properties required to be posted as a security interest, substitute 4409 Lorraine Ave., Highland Park, Texas with 588 Anderson County Road, 488, Montalba, Texas 75853;
- Extend the deadline for the cosigners' signature to Wednesday, November 19, 2025; and
- Extend the deadline for the properties to be posted to December 2, 2025.

    Respectfully submitted,

    Very truly yours,

    JAY CLAYTON
    United States Attorney

by: /s/ _____
    Daniel G. Nessim
    Assistant United States Attorney
    (212) 637-2486

So Ordered
[signature]
J SDJ
11-18-25