UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
                                                                 :

UNITED STATES OF AMERICA            :

                                                                 :                  25 Cr. 503 (JSR)

           - v. -                                  :

                                                                  :

BRADLEY HEPPNER,                      :                  **DECLARATION OF**
                                                                   :                  **ALEXANDRA N. ROTHMAN**

                         Defendant.                   :
------------------------------------------------------- x

       I, Alexandra N. Rothman, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an Assistant United States Attorney and one of the federal prosecutors with responsibility for this matter.

2. Attached hereto as Exhibit A is a true and correct copy of a Privilege Protocol Stipulation signed by the Government, the defendant, and defense counsel on December 11, 2025.

3. Attached hereto as Exhibit B is a true and correct copy of a privilege log prepared by defense counsel for certain of the AI Documents dated December 19, 2025.

4. Attached hereto as Exhibit C is a true and correct copy of an email and privilege log prepared by defense counsel for certain of the AI Documents dated January 27, 2026.

5. Attached hereto as Exhibit D is a true and correct copy of notes of a call with defense counsel on January 21, 2026.

6. Attached hereto as Exhibit E is a true and correct copy of notes of a call with defense counsel on February 2, 2026.

7. Attached hereto as Exhibit F is a true and correct copy of Claude's response when asked, "Can Claude provide legal advice?" dated February 5, 2026.

Dated: New York, New York
        February 6, 2026

                                                                         */s/ Alexandra Rothman*
                                                                         _____
                                                                         Alexandra N. Rothman
                                                                         Assistant United States Attorney
                                                                         (212) 637-2580