*United States v. Heppner*

**Hard Copy Documents Privilege Log**

| Begin Bates | End Bates | Privilege Status | Description | File Name |
|---|---|---|---|---|
| USAO_REL_03_00000001 | USAO_REL_03_00000002 | Not Privileged | | 1B11.pdf |
| USAO_REL_03_00000003 | USAO_REL_03_00000008 | Privileged-Redact | Handwritten notes reflecting communications with counsel. | 1B19.pdf |
| USAO_REL_03_00000009 | USAO_REL_03_00000014 | Privileged-Withhold | Correspondence with outside counsel John Round and Derek Fletcher regarding premarital estate planning. | 1B21.pdf |
| USAO_REL_03_00000015 | USAO_REL_03_00000044 | Not Privileged | | 1B4.pdf |
| USAO_REL_03_00000045 | USAO_REL_03_00000066 | Privileged-Redact | Handwritten notes reflecting communications with counsel. | 1B5.pdf |
| USAO_REL_03_00000067 | USAO_REL_03_00000072 | Privileged-Redact | Handwritten notes reflecting communications with counsel. | NOTES - PART 4 OF 4101759.pdf |
| USAO_REL_03_00000073 | USAO_REL_03_00000081 | Not Privileged | | COMPLAINT DOCUMENT - 12 OF 13113549.pdf |
| USAO_REL_03_00000082 | USAO_REL_03_00000082 | Not Privileged | | NOTES - PIPE100211.pdf |
| USAO_REL_03_00000083 | USAO_REL_03_00000092 | Not Privileged | | COMPLAINT DOCUMENT - 13 OF 13113637.pdf |
| USAO_REL_03_00000093 | USAO_REL_03_00000093 | Not Privileged | | NOTES - PLAN OF ASSETS SALES102632.pdf |
| USAO_REL_03_00000094 | USAO_REL_03_00000094 | Not Privileged | | NOTES - POST-IT NOTE102512.pdf |
| USAO_REL_03_00000095 | USAO_REL_03_00000104 | Not Privileged | | COMPLAINT DOCUMENT - 7 OF 13113128.pdf |
| USAO_REL_03_00000105 | USAO_REL_03_00000105 | Not Privileged | | NOTES - POTENTIAL LOSS IN QUARTUS102018.pdf |
| USAO_REL_03_00000106 | USAO_REL_03_00000106 | Not Privileged | | NOTES - PRESIDENT'S LETTER095941.pdf |
| USAO_REL_03_00000107 | USAO_REL_03_00000107 | Privileged-Withhold | Handwritten notes reflecting communications with counsel. | NOTES - PRINCIPAL BENEFICIARY101228.pdf |
| USAO_REL_03_00000108 | USAO_REL_03_00000117 | Not Privileged | | COMPLAINT DOCUMENT - 8 OF 13113214.pdf |
| USAO_REL_03_00000118 | USAO_REL_03_00000123 | Not Privileged | | NOTES - QUANTITATIVE METRICS100043.pdf |
| USAO_REL_03_00000124 | USAO_REL_03_00000133 | Not Privileged | | COMPLAINT DOCUMENT - 9 OF 13113306.pdf |
| USAO_REL_03_00000134 | USAO_REL_03_00000134 | Not Privileged | | NOTES - QUIKBOOKS094427.pdf |
| USAO_REL_03_00000135 | USAO_REL_03_00000144 | Not Privileged | | COMPLAINT DOCUMENT - PART 11 OF 13113500.pdf |
| USAO_REL_03_00000145 | USAO_REL_03_00000145 | Not Privileged | | NOTES - RCP FOR SELLERS102254.pdf |

*United States v. Heppner*

**Hard Copy Documents Privilege Log**

| | | | | |
|---|---|---|---|---|
| USAO_REL_03_00000146 | USAO_REL_03_00000157 | Not Privileged | | COMPLAINT DOCUMENTS - 2 OF 13112728.pdf |
| USAO_REL_03_00000158 | USAO_REL_03_00000158 | Not Privileged | | NOTES - REVERSE STOCK SPLIT112056.pdf |
| USAO_REL_03_00000159 | USAO_REL_03_00000171 | Not Privileged | | COMPLAINT DOCUMENTS - 4 OF 13112905.pdf |
| USAO_REL_03_00000172 | USAO_REL_03_00000172 | Privileged-Withhold | Handwritten notes reflecting communications with counsel. | NOTES - SMALL SIZE094634.pdf |
| USAO_REL_03_00000173 | USAO_REL_03_00000173 | Not Privileged | | NOTES - STOCK OPTIONS103423.pdf |
| USAO_REL_03_00000174 | USAO_REL_03_00000174 | Privileged-Withhold | Handwritten notes reflecting communications with counsel. | NOTES - TACTICAL - STOP CASH100339.pdf |
| USAO_REL_03_00000175 | USAO_REL_03_00000175 | Not Privileged | | NOTES - TERM PREFERRED103458.pdf |
| USAO_REL_03_00000176 | USAO_REL_03_00000185 | Not Privileged | | COMPLAINT DOCUMENTS - 6 OF 13113046.pdf |
| USAO_REL_03_00000186 | USAO_REL_03_00000186 | Privileged-Withhold | Handwritten notes reflecting communications with counsel. | NOTES - TRUSTEE INVESTMENT HOLDINGS102340.pdf |
| USAO_REL_03_00000187 | USAO_REL_03_00000187 | Not Privileged | | NOTES - UCC ARTICLE 12102550.pdf |
| USAO_REL_03_00000188 | USAO_REL_03_00000188 | Privileged-Withhold | Handwritten notes reflecting communications with counsel. | NOTES WRITTEN ON NAPKIN094603.pdf |
| USAO_REL_03_00000189 | USAO_REL_03_00000199 | Not Privileged | | COMPLAINT DOCUMENTS 3 OF 13112813.pdf |
| USAO_REL_03_00000200 | USAO_REL_03_00000213 | Not Privileged | | OCIF DOCUMENTS104826.pdf |
| USAO_REL_03_00000214 | USAO_REL_03_00000223 | Not Privileged | | COMPLAINT DOCUMENTS 5 OF 13112957.pdf |
| USAO_REL_03_00000224 | USAO_REL_03_00000225 | Not Privileged | | OPTIMUM ALT ALGORITHM105934.pdf |
| USAO_REL_03_00000226 | USAO_REL_03_00000226 | Not Privileged | | OPTIMUM ALT DISCOUNT RATE FORECAST105229.pdf |
| USAO_REL_03_00000227 | USAO_REL_03_00000227 | Not Privileged | | CONFIDENTIAL WORKING DRAFT104246.pdf |
| USAO_REL_03_00000228 | USAO_REL_03_00000228 | Privileged-Withhold | Handwritten notes reflecting communications with counsel. | DIAGRAM - 1 OF 2104056.pdf |
| USAO_REL_03_00000229 | USAO_REL_03_00000230 | Not Privileged | | OTHER104655.pdf |
| USAO_REL_03_00000231 | USAO_REL_03_00000231 | Privileged-Withhold | Handwritten notes reflecting communications with counsel. | DIAGRAM 2 OF 2104120.pdf |
| USAO_REL_03_00000232 | USAO_REL_03_00000233 | Not Privileged | | OTOMI COASTERS105442.pdf |
| USAO_REL_03_00000234 | USAO_REL_03_00000237 | Not Privileged | | DIGI ALT BANK & IFE110824.pdf |
| USAO_REL_03_00000238 | USAO_REL_03_00000247 | Not Privileged | | PORTFOLIO OVERVIEW104454.pdf |
| USAO_REL_03_00000248 | USAO_REL_03_00000248 | Not Privileged | | Q1 2026 BFF BOARD MEETING SCHEDULE110034.pdf |
| USAO_REL_03_00000249 | USAO_REL_03_00000256 | Not Privileged | | STATEMENT OF WORK105841.pdf |

*United States v. Heppner*

**Hard Copy Documents Privilege Log**

| | | | | |
|---|---|---|---|---|
| USAO_REL_03_00000257 | USAO_REL_03_00000275 | Not Privileged | | DILIGENCE REVIEW104531.pdf |
| USAO_REL_03_00000276 | USAO_REL_03_00000287 | Not Privileged | | TRANSACTION STRUCTURE104618.pdf |
| USAO_REL_03_00000288 | USAO_REL_03_00000301 | Privileged-Withhold | Work product prepared by Quinn Emanuel. | DISCLOSURES111610.pdf |
| USAO_REL_03_00000302 | USAO_REL_03_00000325 | Not Privileged | | TRUST AGREEMENT - HARMON-HEPPNER105636.pdf |
| USAO_REL_03_00000326 | USAO_REL_03_00000328 | Not Privileged | | VALUE ALT ALGORITHM110323.pdf |
| USAO_REL_03_00000329 | USAO_REL_03_00000329 | Not Privileged | | EMAIL - BRAD HEPPNER103141.pdf |
| USAO_REL_03_00000330 | USAO_REL_03_00000332 | Not Privileged | | EX ALT ALGORITHM110232.pdf |
| USAO_REL_03_00000333 | USAO_REL_03_00000333 | Not Privileged | | FOUR SEASON OF BITCOINS094521.pdf |
| USAO_REL_03_00000334 | USAO_REL_03_00000335 | Not Privileged | | FUND NAMES110456.pdf |
| USAO_REL_03_00000336 | USAO_REL_03_00000339 | Not Privileged | | GENERAL PARTNER OVERVIEW104418.pdf |
| USAO_REL_03_00000340 | USAO_REL_03_00000340 | Privileged-Withhold | Handwritten notes reflecting communications with counsel. | HANDWRITTEN NOTES - ONE & ONLY111328.pdf |
| USAO_REL_03_00000341 | USAO_REL_03_00000353 | Privileged-Redact | Handwritten notes reflecting communications with counsel. | HANDWRITTEN NOTES - QENTAS094826.pdf |
| USAO_REL_03_00000354 | USAO_REL_03_00000354 | Not Privileged | | HEPPNER - ID TAG104946.pdf |
| USAO_REL_03_00000355 | USAO_REL_03_00000356 | Not Privileged | | INCENSE - LAGARTIJA ROJA111437.pdf |
| USAO_REL_03_00000357 | USAO_REL_03_00000357 | Privileged-Withhold | Handwritten notes reflecting communications with counsel. | NOTES - #3 IMPORTANT102709.pdf |
| USAO_REL_03_00000358 | USAO_REL_03_00000358 | Not Privileged | | NOTES - $350112014.pdf |
| USAO_REL_03_00000359 | USAO_REL_03_00000359 | Not Privileged | | NOTES - $55094929.pdf |
| USAO_REL_03_00000360 | USAO_REL_03_00000366 | Privileged-Redact | Handwritten notes reflecting communications with counsel. | NOTES - 1 OF 4101559.pdf |
| USAO_REL_03_00000367 | USAO_REL_03_00000373 | Not Privileged | | NOTES - 2 OF 4101636.pdf |
| USAO_REL_03_00000374 | USAO_REL_03_00000374 | Privileged-Withhold | Handwritten notes reflecting communications with counsel. | NOTES - 2015-2017 BKH102754.pdf |
| USAO_REL_03_00000375 | USAO_REL_03_00000375 | Privileged-Withhold | Handwritten notes reflecting communications with counsel. | NOTES - 2017 LOANS100714.pdf |
| USAO_REL_03_00000376 | USAO_REL_03_00000376 | Not Privileged | | NOTES - 250MM112144.pdf |
| USAO_REL_03_00000377 | USAO_REL_03_00000382 | Not Privileged | | NOTES - 3 OF 4101715.pdf |
| USAO_REL_03_00000383 | USAO_REL_03_00000383 | Not Privileged | | NOTES - 350 600112238.pdf |
| USAO_REL_03_00000384 | USAO_REL_03_00000384 | Not Privileged | | NOTES - 700 ASSETS100845.pdf |
| USAO_REL_03_00000385 | USAO_REL_03_00000385 | Privileged-Withhold | Handwritten notes reflecting communications with counsel. | NOTES - 80 - 2000 - ASSET CLASS100806.pdf |
| USAO_REL_03_00000386 | USAO_REL_03_00000386 | Privileged-Withhold | Handwritten notes reflecting communications with counsel. | NOTES - ABOUT 9.4 SHORT100450.pdf |

*United States v. Heppner*
**Hard Copy Documents Privilege Log**

| | | | | |
|---|---|---|---|---|
| USAO_REL_03_00000387 | USAO_REL_03_00000387 | Not Privileged | | NOTES - ACTIVITY BASED PRICING102918.pdf |
| USAO_REL_03_00000388 | USAO_REL_03_00000388 | Not Privileged | | NOTES - AGENDAS102054.pdf |
| USAO_REL_03_00000389 | USAO_REL_03_00000389 | Not Privileged | | NOTES - AOSHEARMAN103000.pdf |
| USAO_REL_03_00000390 | USAO_REL_03_00000390 | Privileged-Withhold | Handwritten notes reflecting communications with counsel. | NOTES - APRIL 11 HEARING101255.pdf |
| USAO_REL_03_00000391 | USAO_REL_03_00000391 | Privileged-Withhold | Handwritten notes reflecting communications with counsel. | NOTES - BH LOAN TRANSACTION103221.pdf |
| USAO_REL_03_00000392 | USAO_REL_03_00000392 | Not Privileged | | NOTES - BLUE CLOUD100626.pdf |
| USAO_REL_03_00000393 | USAO_REL_03_00000393 | Not Privileged | | NOTES - CAMELS095903.pdf |
| USAO_REL_03_00000394 | USAO_REL_03_00000396 | Privileged-Redact | Handwritten notes reflecting communications with counsel. | NOTES - COMPUTER IMPLEMENTED ALGORITHM094354.pdf |
| USAO_REL_03_00000397 | USAO_REL_03_00000397 | Privileged-Withhold | Handwritten notes reflecting communications with counsel. | NOTES - CONTROL STRUCTURE OF HC1103643.pdf |
| USAO_REL_03_00000398 | USAO_REL_03_00000398 | Not Privileged | | NOTES - CURRENTLY COVERED BY ZACKS103844.pdf |
| USAO_REL_03_00000399 | USAO_REL_03_00000399 | Not Privileged | | NOTES - DARROW103348.pdf |
| USAO_REL_03_00000400 | USAO_REL_03_00000400 | Not Privileged | | NOTES - EXPLORING ALTERNATIVE101050.pdf |
| USAO_REL_03_00000401 | USAO_REL_03_00000401 | Not Privileged | | NOTES - FUTURE CASH FLOW FORECASTS103103.pdf |
| USAO_REL_03_00000402 | USAO_REL_03_00000402 | Not Privileged | | NOTES - GLOBAL MORTGAGE100928.pdf |
| USAO_REL_03_00000403 | USAO_REL_03_00000403 | Not Privileged | | NOTES - GOODWILL WRITE DOWNS102837.pdf |
| USAO_REL_03_00000404 | USAO_REL_03_00000404 | Privileged-Withhold | Handwritten notes reflecting communications with counsel. | NOTES - HICKS - TCB103802.pdf |
| USAO_REL_03_00000405 | USAO_REL_03_00000405 | Not Privileged | | NOTES - HOUSE BARN APT FURNITURE100255.pdf |
| USAO_REL_03_00000406 | USAO_REL_03_00000406 | Not Privileged | | NOTES - IF YOU INVEST103918.pdf |
| USAO_REL_03_00000407 | USAO_REL_03_00000407 | Not Privileged | | NOTES - KANSAS LIABILITY102129.pdf |
| USAO_REL_03_00000408 | USAO_REL_03_00000409 | Privileged-Withhold | Handwritten notes reflecting communications with counsel. | NOTES - KEITH100533.pdf |
| USAO_REL_03_00000410 | USAO_REL_03_00000410 | Not Privileged | | NOTES - LEADERSHIP ACCELERATED103318.pdf |
| USAO_REL_03_00000411 | USAO_REL_03_00000411 | Not Privileged | | NOTES - LETTER TO PRES AND VIDEO111940.pdf |
| USAO_REL_03_00000412 | USAO_REL_03_00000412 | Not Privileged | | NOTES - MEMBERSHIP CATEGORY101007.pdf |
| USAO_REL_03_00000413 | USAO_REL_03_00000413 | Not Privileged | | NOTES - NARATIVE IMPORTANCE102211.pdf |

*United States v. Heppner*

**Hard Copy Documents Privilege Log**

| | | | | |
|---|---|---|---|---|
| USAO_REL_03_00000414 | USAO_REL_03_00000414 | Not Privileged | | NOTES - OTOMYCOSIS103559.pdf |
| USAO_REL_03_00000415 | USAO_REL_03_00000436 | Not Privileged | | 2023 LONG-TERM INCENTIVE PLAN110547.pdf |
| USAO_REL_03_00000437 | USAO_REL_03_00000437 | Not Privileged | | ACKNOWLEDGEMENT - BRAD HEPPNER105306.pdf |
| USAO_REL_03_00000438 | USAO_REL_03_00000441 | Not Privileged | | ALPHA ALT ALGORITHM110151.pdf |
| USAO_REL_03_00000442 | USAO_REL_03_00000450 | Not Privileged | | ALT WALLET110712.pdf |
| USAO_REL_03_00000451 | USAO_REL_03_00000452 | Not Privileged | | BARRO NEGRO BALLENA105352.pdf |
| USAO_REL_03_00000453 | USAO_REL_03_00000454 | Not Privileged | | BENEFICIENT - MARCH 2024 DIAGRAMS111000.pdf |
| USAO_REL_03_00000455 | USAO_REL_03_00000455 | Not Privileged | | BLANK NOTEBOOK - BEN105024.pdf |
| USAO_REL_03_00000456 | USAO_REL_03_00000456 | Not Privileged | | BLANK NOTEBOOK - BEN105100.pdf |
| USAO_REL_03_00000457 | USAO_REL_03_00000465 | Not Privileged | | BLUE METRIC INVESTMENT OPPORTUNITY104338.pdf |
| USAO_REL_03_00000466 | USAO_REL_03_00000466 | Not Privileged | | BOARD MEETING - DALLAS, TX111047.pdf |
| USAO_REL_03_00000467 | USAO_REL_03_00000476 | Not Privileged | | COMPLAINT DOC - 10 OF 13113348.pdf |
| USAO_REL_03_00000477 | USAO_REL_03_00000489 | Not Privileged | | COMPLAINT DOCUMENT - 1 OF 13112625.pdf |
| USAO_REL_03_00000490 | USAO_REL_03_00000491 | Privileged-Withhold | Artificial intelligence-generated analysis conveying facts to counsel for purpose of obtaining legal advice. | '$72 million Loan - document.pdf |
| USAO_REL_03_00000492 | USAO_REL_03_00000493 | Not Privileged | | Aurelia & Brad - cards.pdf |
| USAO_REL_03_00000494 | USAO_REL_03_00000494 | Not Privileged | | Banquet - Coaster.pdf |
| USAO_REL_03_00000495 | USAO_REL_03_00000495 | Not Privileged | | Beat Up Receipt - part 2.pdf |
| USAO_REL_03_00000496 | USAO_REL_03_00000496 | Not Privileged | | Beat Up Receipt - part 1.pdf |
| USAO_REL_03_00000497 | USAO_REL_03_00000500 | Not Privileged | | Capital One flyer.pdf |
| USAO_REL_03_00000501 | USAO_REL_03_00000507 | Privileged-Withhold | Artificial intelligence-generated analysis conveying facts to counsel for purpose of obtaining legal advice. | Executive Summary - $141 million loan.pdf |
| USAO_REL_03_00000508 | USAO_REL_03_00000526 | Privileged-Withhold | Artificial intelligence-generated analysis conveying facts to counsel for purpose of obtaining legal advice. | Executive Summary.pdf |
| USAO_REL_03_00000527 | USAO_REL_03_00000536 | Not Privileged | | FRANK J. WRIGHT - LETTER - LAW OFFICE.pdf |
| USAO_REL_03_00000537 | USAO_REL_03_00000537 | Not Privileged | | FUND NAMES.pdf |
| USAO_REL_03_00000538 | USAO_REL_03_00000545 | Privileged-Redact | Handwritten notes reflecting communications with counsel. | HANDWRITTEN NOTES - 1 OF 2.pdf |

*United States v. Heppner*

**Hard Copy Documents Privilege Log**

| | | | | |
|---|---|---|---|---|
| USAO_REL_03_00000546 | USAO_REL_03_00000550 | Privileged-Redact | Handwritten notes reflecting communications with counsel. | HANDWRITTEN NOTES - 1 OF 3.pdf |
| USAO_REL_03_00000551 | USAO_REL_03_00000557 | Privileged-Redact | Handwritten notes reflecting communications with counsel. | HANDWRITTEN NOTES - 2 OF 2.pdf |
| USAO_REL_03_00000558 | USAO_REL_03_00000561 | Privileged-Redact | Handwritten notes reflecting communications with counsel. | HANDWRITTEN NOTES - 2 OF 3.pdf |
| USAO_REL_03_00000562 | USAO_REL_03_00000565 | Privileged-Withhold | Handwritten notes reflecting communications with counsel. | HANDWRITTEN NOTES - 3 OF 3.pdf |
| USAO_REL_03_00000566 | USAO_REL_03_00000569 | Not Privileged | | HCLP ORG CHARTS.pdf |
| USAO_REL_03_00000570 | USAO_REL_03_00000571 | Not Privileged | | Hesston Chamber Annual Banquet.pdf |
| USAO_REL_03_00000572 | USAO_REL_03_00000584 | Not Privileged | | LOAN AGREEMENT.pdf |
| USAO_REL_03_00000585 | USAO_REL_03_00000606 | Not Privileged | | LYNN PINKER HURST SCHWEGMAN.pdf |
| USAO_REL_03_00000607 | USAO_REL_03_00000607 | Privileged-Withhold | Printed and handwritten notes reflecting communications with counsel. | NOTES - PRINTED & HANDWRITTEN.pdf |
| USAO_REL_03_00000608 | USAO_REL_03_00000609 | Not Privileged | | One & Only - Bill.pdf |
| USAO_REL_03_00000610 | USAO_REL_03_00000610 | Not Privileged | | ORG CHART - MARCH 2024.pdf |
| USAO_REL_03_00000611 | USAO_REL_03_00000612 | Not Privileged | | OTHER VENDORS UNDER $200K.pdf |
| USAO_REL_03_00000613 | USAO_REL_03_00000628 | Privileged-Withhold | Artificial intelligence-generated analysis conveying facts to counsel for purpose of obtaining legal advice. | PART 1 OF 3.pdf |
| USAO_REL_03_00000629 | USAO_REL_03_00000638 | Privileged-Withhold | Artificial intelligence-generated analysis conveying facts to counsel for purpose of obtaining legal advice. | PART 2 OF 3.pdf |
| USAO_REL_03_00000639 | USAO_REL_03_00000651 | Privileged-Withhold | Artificial intelligence-generated analysis conveying facts to counsel for purpose of obtaining legal advice. | PART 3 OF 3.pdf |
| USAO_REL_03_00000652 | USAO_REL_03_00000652 | Not Privileged | | Purple & White Money Band - $2,000.pdf |
| USAO_REL_03_00000653 | USAO_REL_03_00000653 | Not Privileged | | Receipt - $170.pdf |
| USAO_REL_03_00000654 | USAO_REL_03_00000655 | Not Privileged | | Receipt - $1084.45.pdf |
| USAO_REL_03_00000656 | USAO_REL_03_00000656 | Not Privileged | | Receipt - $150.00.pdf |
| USAO_REL_03_00000657 | USAO_REL_03_00000657 | Not Privileged | | Receipt - $3196.60.pdf |
| USAO_REL_03_00000658 | USAO_REL_03_00000658 | Not Privileged | | Receipt - $320.pdf |
| USAO_REL_03_00000659 | USAO_REL_03_00000659 | Not Privileged | | Receipt - $57.pdf |
| USAO_REL_03_00000660 | USAO_REL_03_00000660 | Not Privileged | | Receipt - Fuel Savings $0.16.pdf |
| USAO_REL_03_00000661 | USAO_REL_03_00000661 | Not Privileged | | Receipt - Hilton Waldorf Cancun.pdf |
| USAO_REL_03_00000662 | USAO_REL_03_00000662 | Not Privileged | | Receipt - iconn.pdf |

*United States v. Heppner*

**Hard Copy Documents Privilege Log**

| | | | | |
|---|---|---|---|---|
| USAO_REL_03_00000663 | USAO_REL_03_00000663 | Not Privileged | | Receipt - Mexico.pdf |
| USAO_REL_03_00000664 | USAO_REL_03_00000664 | Not Privileged | | Receipt - Sant Ambroeus.pdf |
| USAO_REL_03_00000665 | USAO_REL_03_00000665 | Not Privileged | | SALARY NOTES.pdf |
| USAO_REL_03_00000666 | USAO_REL_03_00000670 | Not Privileged | | SALARY SHEETS.pdf |
| USAO_REL_03_00000671 | USAO_REL_03_00000682 | Privileged-Withhold | Artificial intelligence-generated analysis conveying facts to counsel for purpose of obtaining legal advice. | SCHEDULE & EVENTS OF DEFAULTS.pdf |
| USAO_REL_03_00000683 | USAO_REL_03_00000683 | Not Privileged | | Texas Capital Bank - empty envelope.pdf |
| USAO_REL_03_00000684 | USAO_REL_03_00000695 | Not Privileged | | TRANSACTION AGREEMENT - 1 OF 5.pdf |
| USAO_REL_03_00000696 | USAO_REL_03_00000710 | Not Privileged | | TRANSACTION AGREEMENT - 2 OF 5.pdf |
| USAO_REL_03_00000711 | USAO_REL_03_00000723 | Not Privileged | | TRANSACTION AGREEMENT - 3 OF 5.pdf |
| USAO_REL_03_00000724 | USAO_REL_03_00000737 | Not Privileged | | TRANSACTION AGREEMENT - 4 OF 5.pdf |
| USAO_REL_03_00000738 | USAO_REL_03_00000743 | Not Privileged | | TRANSACTION AGREEMENT - 5 OF 5.pdf |
| USAO_REL_03_00000744 | USAO_REL_03_00000769 | Not Privileged | | TRUST AGREEMENT PART 1 OF 3.pdf |
| USAO_REL_03_00000770 | USAO_REL_03_00000801 | Not Privileged | | TRUST AGREEMENT PART 2 OF 3.pdf |
| USAO_REL_03_00000802 | USAO_REL_03_00000835 | Not Privileged | | TRUST AGREEMENT PART 3 OF 3.pdf |
| USAO_REL_03_00000836 | USAO_REL_03_00001043 | Privileged-Withhold | Artificial intelligence-generated analysis conveying facts to counsel for purpose of obtaining legal advice. | scan 1B9- 1.pdf |
| USAO_REL_03_00001044 | USAO_REL_03_00001079 | Privileged-Withhold | Artificial intelligence-generated analysis conveying facts to counsel for purpose of obtaining legal advice. | scan 1B9- 10.pdf |
| USAO_REL_03_00001080 | USAO_REL_03_00001711 | Privileged-Withhold | Analysis and documents compiled at the direction of counsel. | scan 1B9- 11.pdf |
| USAO_REL_03_00001712 | USAO_REL_03_00001939 | Not Privileged | | scan 1B9- 14.pdf |
| USAO_REL_03_00001940 | USAO_REL_03_00002311 | Privileged-Withhold | Analysis and documents compiled at the direction of counsel. | scan 1B9- 15.pdf |
| **USAO_REL_03_00002312** | **USAO_REL_03_00002419** | Not Privileged | | scan 1B9- 16.pdf |
| **USAO_REL_03_00002420** | **USAO_REL_03_00002751** | Privileged-Withhold | Analysis and documents compiled at the direction of counsel. | scan 1B9- 16.pdf |
| USAO_REL_03_00002752 | USAO_REL_03_00003061 | Not Privileged | | scan 1B9- 17.pdf |
| USAO_REL_03_00003062 | USAO_REL_03_00003381 | Not Privileged | | scan 1B9- 18.pdf |
| USAO_REL_03_00003382 | USAO_REL_03_00003657 | Privileged-Withhold | Communications with outside counsel at Quinn Emanuel and documents compiled at the direction of counsel. | scan 1B9- 19.pdf |

*United States v. Heppner*
**Hard Copy Documents Privilege Log**

| | | | | |
|---|---|---|---|---|
| USAO_REL_03_00003658 | USAO_REL_03_00004049 | Privileged-Withhold | Artificial intelligence-generated analysis conveying facts to counsel for purpose of obtaining legal advice. | scan 1B9- 2.pdf |
| USAO_REL_03_00004050 | USAO_REL_03_00004053 | Privileged-Withhold | Handwritten notes reflecting communications with counsel. | scan 1B9- 20.pdf |
| USAO_REL_03_00004054 | USAO_REL_03_00004055 | Not Privileged | | scan 1B9- 21.pdf |
| **USAO_REL_03_00004056** | **USAO_REL_03_00004223** | Not Privileged | | scan 1B9- 3.pdf |
| **USAO_REL_03_00004224** | **USAO_REL_03_00004385** | Privileged-Withhold | Draft presentation to SEC by Quinn Emanuel containing handwritten notes by Mr. Heppner. | scan 1B9- 3.pdf |
| USAO_REL_03_00004386 | USAO_REL_03_00004845 | Privileged-Redact | Quinn Emanuel engagement letter. | scan 1B9- 4.pdf |
| USAO_REL_03_00004846 | USAO_REL_03_00005299 | Not Privileged | | scan 1B9- 5.pdf |
| USAO_REL_03_00005300 | USAO_REL_03_00005611 | Not Privileged | | scan 1B9- 6.pdf |
| USAO_REL_03_00005612 | USAO_REL_03_00005789 | Privileged-Withhold | Artificial intelligence-generated analysis conveying facts to counsel for purpose of obtaining legal advice. | scan 1B9- 7.pdf |
| USAO_REL_03_00005790 | USAO_REL_03_00006281 | Privileged-Redact | Artificial intelligence-generated analysis conveying facts to counsel for purpose of obtaining legal advice. | scan 1B9- 8.pdf |
| USAO_REL_03_00006282 | USAO_REL_03_00006317 | Privileged-Withhold | Artificial intelligence-generated analysis conveying facts to counsel for purpose of obtaining legal advice. | scan 1B9- 9.pdf |