| | |
|---|---|
| **From:** | Ben O"Neil |
| **To:** | Nessim, Daniel (USANYS); Christopher Clore; Clare Reardon |
| **Cc:** | Rothman, Alexandra (USANYS); Chiuchiolo, Nicholas (USANYS); Burnett, Thomas (USANYS) |
| **Subject:** | [EXTERNAL] RE: U.S. v. Heppner |
| **Date:** | Tuesday, January 27, 2026 1:37:47 PM |

Hey Danny –

We identified a few AI reports in the documents you sent back to us that were on one of the devices and not stored in a location that we anticipated. A listing of these is below. Please remove them from the documents to which you have access. In addition, in follow up to your question from last week, we marked as privileged approximately 12 AI reports on Mr. Heppner's personal phone.

| Control Number | Bates | Document Title | Device |
|---|---|---|---|
| BRG_0000730568 | USAO_REL_06_00222546 | Heppner Attorney Work Product - 13b2-2 Analysis v5.pdf | 1B20 |
| BRG_0000730569 | USAO_REL_06_00222615 | Heppner-Attorney Work Product - Alleged Back Dated Family Estate Planning Documents no attachments.pdf | 1B20 |
| BRG_0000730570 | USAO_REL_06_00222669 | Heppner-Attorney Work Product - Alleged Back Dated Family Estate Planning Documents.pdf | 1B20 |
| BRG_0000730571 | USAO_REL_06_00222737 | Heppner-Attorney Work Product - ERC Minutes.pdf | 1B20 |
| BRG_0000730572 | USAO_REL_06_00222757 | Heppner-Special Committee Legal Situation Analysis v2.pdf | 1B20 |
| BRG_0000730576 | USAO_REL_06_00222809 | Validity of 1st Lien Credit Agreement AI Legal Analysis.pdf | 1B20 |



