**From:**
**To:**
**Subject:** 1/21/2026 Call w Ben O"Neil re Heppner
**Date:** Wednesday, January 21, 2026 4:01:56 PM

Claude docs: Heppner would input facts into AI in order to provide response to attorneys for legal advice. For purpose of discussing the issues with Quinn.

Daniel G. Nessim
Assistant United States Attorney
Southern District of New York
26 Federal Plaza
New York, New York 10278
Tel.: (212) 637-2486