| | |
|---|---|
| **From:** | ▮ |
| **To:** | ▮ |
| **Subject:** | 2026_2_2 - tc with Quinn re Heppner |
| **Date:** | Monday, February 2, 2026 6:14:22 PM |

2026_2_2 - tc with Quinn re Heppner

AR, DN

Ben Oneil, Chris Clore, Clare

AR raised three issues: 1) Claude AI searches; 2) ▮.

Ben said the following:

1. Claude AI: QE view is Claude AI searches are privileged. QE talked with Heppner re case; if BH wanted to use Claude related to case, he would put in facts things gov't alleging, things QE told him, and would prepare reports for purpose of discussing with counsel; vehicle to consolidate thoughts; every report was created for express purpose of talking to counsel; every report based on information counsel discussed with him in first instance b/c reports pre-indictment; QE did not direct BH to run Claude searches

2. ▮

3. ▮

    a. ▮

///

Alexandra Rothman
Assistant United States Attorney
Southern District of New York
(212) 637-2580 (desk)
(646) 872-9725 (cell)