Sonnet 4.5 ⌄ 

**Can Claude provide legal advice?**

⏱ Examined capabilities and limitations reg…

I can provide factual legal information and help you understand legal concepts, but I'm not a lawyer and can't provide formal legal advice or recommendations.

What I can do:

- Explain legal concepts, statutes, and case law
- Help you understand legal documents or issues
- Provide information so you can make your own informed decisions
- Discuss legal reasoning and analysis





Sonnet 4.5

- Discuss legal reasoning and analysis

What I avoid:

- Making confident recommendations about what legal action you should take
- Advising on specific legal strategies for your situation
- Substituting for consultation with a licensed attorney

For matters requiring legal advice—especially anything consequential like litigation, contracts, regulatory compliance, or rights protection—you should consult with a qualified attorney who can properly assess your specific circumstances.

Is there a particular legal topic or concept I can help you understand?



