UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

BRADLEY HEPPNER,

Defendant.

No. 1:25-CR-00503-JSR

PLEASE TAKE NOTICE that upon the accompanying Omnibus Memorandum of Law and the exhibits attached thereto, the undersigned will move this Court, before the Honorable Jed. S. Rakoff, in the Southern District of New York, for an Order to (i) strike Paragraphs 3, 4, 10, 11, 13(a), and 15 from Count One of the Indictment pursuant to Federal Rule of Criminal Procedure 7(d); (ii) dismiss Counts One, Two, and Three of the Indictment as duplicitous; (iii) dismiss Count Two of the Indictment for failure to state an offense; (iv) dismiss Count Four of the Indictment for failure to state an offense and because the limitations period has elapsed, and (v) dismiss Count Five of the Indictment for failure to properly allege venue.

1

Respectfully submitted,


Dated:  February 6, 2026                          By:  */s/  Benjamin A. O'Neil*
                                                       Benjamin A. O'Neil
                                                       Robert Zink
                                                       Fritz Scanlon
                                                       QUINN EMANUEL URQUHART
                                                       & SULLIVAN, LLP
                                                       555 13th Street NW, Suite 600
                                                       Washington, DC 20005
                                                       (202) 538-8151
                                                       benoneil@quinnemanuel.com
                                                       robertzink@quinnemanuel.com
                                                       fritzscanlon@quinnemanuel.com

                                                       Christopher J. Clore
                                                       295 5th Avenue, 9th Floor
                                                       New York, NY 10016
                                                       (212) 849-7000
                                                       christopherclore@quinnemanuel.com

                                                       *Counsel for Defendant Bradley Heppner*