UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

BRADLEY HEPPNER,

       Defendant.

25 Cr. 503 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

Before the Court are the motions of defendant Bradley Heppner to strike certain paragraphs from the indictment in this case and to dismiss each count of the indictment for one or more reasons. See ECF No. 24. Heppner's motions were fully briefed on March 3, 2026, see ECF Nos. 25, 29, 35, and the Court held oral argument on March 19, 2026.

Upon careful consideration of the parties' submissions and the arguments of counsel, the Court hereby resolves Heppner's motions as follows:

Heppner's first motion, to strike paragraphs 3, 4, 10, 11, 13(a), and 15 from the indictment, is hereby denied as moot, but without prejudice to Heppner's challenging the Government's evidence in support of these paragraphs by making motions in limine or by objecting at the time the Government offers such evidence at trial.

Heppner's second motion, to dismiss Counts One, Two, and Three of the indictment as duplicitous, is hereby denied.

Heppner's third motion, to dismiss Count Two of the indictment for failure to state an offense, is hereby denied.

Heppner's fourth motion, to dismiss Count Four of the indictment as barred by the statute of limitations and for failure to state an offense, is hereby denied.

Heppner's fifth motion, to dismiss Count Five of the indictment for failure to establish venue, is hereby denied.

An Opinion setting forth the reasons for the Court's decisions will issue promptly and, in any event, not later than April 20, 2026. The Clerk of Court is respectfully directed to close the motion at docket entry 24.

SO ORDERED.

New York, NY
March 26, 2026

JED S. RAKOFF, U.S.D.J.

2