UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRADLEY HEPPNER,<br><br>                  Defendant. | No. 1:25-CR-00503<br><br>**PROPOSED ORDER** |

The motion for the admission of **Nithya Pathalam** to practice *pro hac vice* in the above-captioned action is hereby **GRANTED**.

Applicant has declared that she is a member in good standing of the Bar of the District of Columbia and the Bar of New York, and that her contact information is as follows:

Applicant's Name: Nithya Pathalam
Firm Name: Quinn Emanuel Urquhart & Sullivan, LLP
Address: 555 13th St NW, Suite 600, Washington, DC 20004
Telephone: (202) 538-8000
Email: nithyapathalam@quinnemanuel.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Bradley Heppner in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to its Local Rules, including the Rules governing discipline of attorneys.

Dated: ___4/16/2026_____     _____
                                                                                       Hon. Jed S. Rakoff
                                                                                       United States District Judge