UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRADLEY HEPPNER,<br><br>               Defendant. | 25 Cr. 503 (JSR) |

**THE GOVERNMENT'S PROPOSED EXAMINATION OF PROSPECTIVE JURORS**

JAY CLAYTON
United States Attorney for the
Southern District of New York
The Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278

Daniel G. Nessim
Alexandra Rothman
Kyle A. Wirshba
    *Of Counsel*

The Government respectfully requests, pursuant to Federal Rule of Criminal Procedure 24(a), that in addition to its customary questions posed to prospective jurors on *voir dire*, the Court ask each prospective juror the following questions:

## A.    Views of the Government, Defendant & the Alleged Victims

1.    Do any of you know, or have you had any dealings, directly or indirectly, with the defendant, or with any of his relatives, friend, or associates?

2.    To your knowledge, do any of your relatives, friends, associates, or employers know the defendant?

3.    The Government is represented here, as in all cases where it is a party before this Court, by the United States Attorney for the Southern Distrct of New York, who for purposes of this matter, is Jay Clayton. The conduct of the trial will be in the immediate charge of Assistant U.S. Attorneys Daniel Nessim, Alexandra Rothman, Kyle Wirshba. Do any of you know Mr. Nessim, Ms. Rothman, or Mr. Wirshba? Have you or your family members or close friends had any dealings either directly or indirectly with them? The Government attorneys will also be assisted in this case by Special Agents Matthew Popp and Amelia Whitehead of the FBI, and Alexandra LeBaron and Leyla Yurt, paralegals at the United States Attorney's Office. Have you or your family members or close friends had any dealings either directly or indirectly with these individuals?

4.    Have you, any member of your family, or any close friend:

  a.    Ever been the subject of an investigation by an agency of the United States or state or local government?

  b.    Ever been a defendant in a suit brought by the federal government or any state or local government?

  c.    Ever been accused or convicted of a crime?

1

5.      The victims of the alleged crimes in this case include the entities Infinedi Partners, Oaktree Capital Management, and GWG Holdings. Do you have any strong views about these firms, either positive or negative, that would impact the way you might view this case?

**B.      Witnesses**

6.      The witnesses in this case may include [the Court is respectfully requested to read the parties' witness lists]. This list includes (i) employees of the Federal Bureau of Investigation; and (ii) former directors of GWG Holdings (iii) current or former directors and executives of Beneficient.

     a.      Are any of you familiar with the individuals I just mentioned?

     b.      Would you be any more or less likely to believe a witness merely because he or she is a law enforcement officer or an employee of the FBI?

     c.      Would you be any more or less likely to believe a witness because he or she is or was a director or executive of GWG or Beneficient?

7.      One or more witnesses testifying in this trial may be doing so under what is called a non-prosecution agreement with the Government. While that agreement is not an admission or accusation that the witness committed any crimes, it does say that the Government will not prosecute the witness for certain conduct.

     a.      Do you have any experience with or feelings about witnesses who receive a non-prosecution agreement that would make it difficult for you to render a fair and impartial verdict?

     b.      Would you have any bias for or against the Government because of evidence obtained in this manner?

     c.      Would you be more or less likely to believe a witness because they are testifying under a non-prosecution agreement?

**C.      Other General Questions**

8.      This case involves the testimony of lawyers. It also involves evidence of attorneys engaged in what is alleged to be misconduct.

        a.      Would you be more or less likely to believe a witness because they are an attorney?

        b.      Do you have any experiences with attorneys or view toward attorneys that would make it difficult for you to render a fair and impartial verdict?

9.     Do you have any experiences or views concerning trust structures or estate planning vehicles that make it difficult for you to render a fair and impartial verdict?

10.     This case involves alleged fraud, lying to the auditors, and falsifying of records. This is not a civil proceeding. Is there anything about this type of case—that is, a criminal case involving allegations of fraud, lying to the auditors, and falsifying of records—that would make it difficult for you to render a fair and impartial verdict?

11.     Have you, or has any member of your family or a close friend, either as an individual or in the course of business, ever been a party to any legal action or dispute with the United States, or with any of the officers, departments, agencies, or employees of the United States, including the SEC?

12.     Have you, or has any member of your family, worked as an auditor, had interactions with auditors, or have any views concerning accounting principles and/or regulations that would make it difficult for you to render a fair and impartial verdict?

13.     Have any of you, or any of your relatives or close friends, ever been involved or appeared as a witness in any investigation by a federal or state grand jury, or by a legislative committee, governmental agency (including the SEC), or licensing authority?

14.     Have you, or have any of your relatives, associates or close friends, ever been charged with a crime?  What crime?  [*As to any prospective juror who answers affirmatively, the Court is respectfully requested to inquire, at the bench or in the robing room, into the circumstances of the charges.*]

15.    Have you, or any of your relatives or close friends, ever been a victim of a crime? [As to any prospective juror who answers affirmatively, the Court is respectfully requested to inquire, at the bench or in the robing room, into the circumstances of each crime.]

16.    Have you, or any of your relatives or close friends, had any experience with law enforcement that you think may affect your ability to render a fair verdict?  [*As to any prospective juror who answers affirmatively, the Court is respectfully requested to inquire, at the bench or in the robing room, into the circumstances of each incident and that prospective juror's reaction to how he or she was treated by the law enforcement agents*.]

17.    Have you ever, at any time, served as a member of a grand jury, whether in federal, state, county or city court?  If so, when and where did you serve?

18.    Have you ever served as a juror in any court?  If so, when, and in what court did you serve, and was it a civil or criminal case?  What was the nature of the case?  Without saying what it was, did the jury reach a verdict?

19.    Do you think you have heard or read anything about the defendant or the case? [*As to any prospective juror who answers affirmatively, the Court is respectfully requested to inquire, at the bench or in the robing room, into the nature of any exposure.*]

20.    Does anyone have any expectations about the types of evidence that the Government will present in this criminal trial, or in a criminal trial more generally?

21.    Would any of you be unable to follow the Court's instructions that the Government is not required to use any particular technique in order to investigate evidence of a crime?

22.    Some of the evidence in this trial was obtained through searches conducted by law enforcement officers, pursuant to search warrants signed by judges. I instruct you that these searches did not violate the law or the defendant's rights. It is proper for this evidence to be introduced at trial

4

for your consideration. Do any of you have any feelings or opinions about the use of evidence obtained in law enforcement searches that could affect your ability to be fair in this case?

23.     Do any of you have problems with your hearing or vision which would prevent you from giving full attention to all of the evidence at this trial?

24.     Are any of you taking any medication, or do any of you have any medical condition, that would prevent you from giving full attention to all of the evidence at this trial?

25.     Do any of you have any difficulty in reading or understanding English in any degree?

26.     Do you have any religions, philosophical, or other beliefs that might make it difficult for you to render a verdict in this case or would impact the way you might view this case?

**D.     Background & Affiliations**

27.     How old are you?

28.     Where do you live?

29.     What is the highest level of schooling you completed?

30.     What is your occupation? [*If retired, what was your former occupation?*]

31.     What is your current employment status?

32.     [*If employed*]: What is the name of your employer?

33.     How long have you been employed in your current job? [*If present employment is for less than five years, please inquire as to prior employment.*]

34.     Are you married or in a domestic partnership?

35.     [*If married or has domestic partner*]: What is your spouse's or partner's profession, business, or occupation?

36.     Do you read any newspapers or magazines? Which ones?

37.     Do you regularly watch any television programs? Which ones?

38.     What are your hobbies or leisure-time activities?

39.     Are you a member of any organizations?


Dated:  New York, New York
        April 16, 2026

                        Respectfully submitted,

                        JAY CLAYTON
                        United States Attorney
                        Southern District of New York


                   By   *Daniel Nessim*
                        Daniel G. Nessim
                        Alexandra Rothman
                        Kyle A. Wirshba
                        Assistant United States Attorneys
                        Southern District of New York

6