USv Heppner 25 CR 503 (JSR)     5/7/26   10:35 AM

To the Jury:

Thank you for your note. Here are the answers to your questions:

A stipulation is an agreement between the parties as to certain facts, which you may therefore consider as evidence in the case. All the stipulations have been received in evidence, but if you need clarification as to any particular stipulation(s), please let us know.

Regarding the transcript of the defense closing, the arguments of each side are not evidence and therefore cannot be sent to you, and this includes a party's reference in closing argument to particular exhibits. All the exhibits in evidence are available through your thumb drive, and you have an index to the exhibits as well. However, if there are exhibits relating to a particular issue or subject-matter that you wish to have us identify, please send us a note.

We are gathering the transcripts you asked for and will be sending them in shortly.

Judge Rakoff