Jury Note

4/28-2026    2:00 jam

TO: JUDGE RAKOFF

Your Honor.

I've been summoned by the New York County to serve as a Juror on Wed-May 6th. (Pls note previously Postponed)

as this creates an ~overlap, timing Pls advice as to how to proceed / Respond.

with Thanks.

yours truly

Karen Rieloff Oteiza

#12

Juror # 109258763