Dear Judge, Rakoff,    Jury Note 2
5/11/26  2:04pm

we the jury are fascinated

by the concept of a gavel.

This seems like the perfect trial

to use yours. We respectfully

request, at the court's indulgence,

that you use yours.

Respectfully,

The Jury