25cr503, 5/7/26 . . . Jury Note 3

10:00 AM 5/7/26

To the COURT:

1) WE HAVE SELECTED JUROR #11, MATTHEW LOVENBRAUN, AS FOREPERSON

2) WE HAVE THE FOLLOWING INITIAL QUESTIONS

→ WHAT IS THE TECHNICAL DEFINITION OF A STIPULATION?

→ CAN WE HAVE THE TRANSCRIPT OF THE DEF CLOSING? SPEC THE EXHIBITS THEY ASKED US TO EXAMINE?

→ CAN WE SEE TRANSCRIPTS FROM CHAVENSON?

THANK YOU,

THE JURY