5/7/26

To the Jury:

Thank you for your latest note.

Venue with respect to Count Three, whether it be conspiracy to commit securities fraud, conspiracy to commit wire fraud, or both, can be satisfied by any act of any kind taken in the Southern District of New York in furtherance of the conspiracy.

As to burden of proof, the burden for establishing venue is preponderance of the evidence, that is, the Government must prove that the act in furtherance of the conspiracy is more likely than not to have occurred in the Southern District of New York. As to all the other essential elements of Count Three, the Government must establish the essential elements by proof beyond a reasonable doubt.

If you have any further question in this regard, please let us know.

I have told the lawyers that they may take their lunch break from 1 p.m. to 2 p.m., so please be aware that we will not be able to respond to any further note you may send us until after 2 p.m.

Judge Rakoff