Jury Note #4          12:25    5/7/26

To the court:

Can you provide more clarity on venue with specific respect to Count 3? Esp on the wire charge

The instructions are clear on 1, 2, & 4; but would like clarity on the burdens for conspiracy.

Thank you,
The Jury