UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRADLEY HEPPNER,<br>　　　　　　　　　　Defendant. | No. 1:25-CR-00503-JSR |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendant's Motion for a Judgment of Acquittal or for a New Trial, the undersigned will move this Court, before the Honorable Jed. S. Rakoff, in the Southern District of New York, for an Order granting Defendant's Motion for a Judgment of Acquittal, pursuant to Federal Rule of Criminal Procedure 29(c). In the alternative, the undersigned will move this Court for an Order granting Defendant's Motion for a New Trial, pursuant to Federal Rule of Criminal Procedure 33.

1

Respectfully submitted,

Dated:  June 22, 2026                     By:  _/s/  Benjamin A. O'Neil_
                                               Benjamin A. O'Neil
                                               Robert Zink
                                               John ("Fritz") Scanlon
                                               Clare Reardon
                                               Nithya Pathalam
                                               QUINN EMANUEL URQUHART &
                                               SULLIVAN, LLP
                                               555 13th Street NW, Suite 600
                                               Washington, DC 20005
                                               (202) 538-8151
                                               benoneil@quinnemanuel.com
                                               robertzink@quinnemanuel.com
                                               fritzscanlon@quinnemanuel.com
                                               clarereardon@quinnemanuel.com
                                               nithyapathalam@quinnemanuel.com

                                               Christopher J. Clore
                                               295 5th Avenue, 9th Floor
                                               New York, NY 10016
                                               (212) 849-7000
                                               christopherclore@quinnemanuel.com

                                               *Counsel for Defendant Bradley Heppner*

2