UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BRADLEY HEPPNER,<br><br>Defendant. |

25-cr-503 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

Before the Court is the motion of defendant Bradley Heppner for a judgment of acquittal pursuant to Fed. R. Crim. P. 29(c), or, in the alternative, for a new trial pursuant to Fed. R. Crim. P. 33. See ECF No. 70. The motion was fully briefed by August 7, 2026. See ECF Nos. 71, 74, 76. Upon careful consideration of the parties' submissions and the arguments of counsel, the Court denies Heppner's motion in its entirety.

An Opinion setting forth the reasons for this Order will issue shortly. Meanwhile, the Clerk of Court is respectfully directed to terminate the motion at docket entry 70.

SO ORDERED.

Dated: New York, NY
October 13, 2026

JED S. RAKOFF, U.S.D.J.