UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BRADLEY HEPPNER,<br><br>Defendant. |

25 Cr. 503 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

Before the Court is the motion of the firm of Quinn Emanuel Urquhart & Sullivan LLP seeking leave to withdraw as attorney of record for the defendant, Bradley Heppner. The Court held a sealed in-court hearing on the motion on October 14, 2026. Upon due consideration of the motion, the Court concludes that the firm of Quinn Emanuel Urquhart & Sullivan LLP has provided good cause to be relieved as counsel by no later than October 21, 2026. If Mr. Heppner retains new counsel that enters their appearance before October 21, his present counsel will be relieved at that time. If Mr. Heppner has not obtained new counsel by October 21, 2026, his present counsel will be relieved on that date, and Mr. Heppner will be expected to proceed pro se until he obtains new counsel. Mr. Heppner, as well as his current counsel, consent to this decision.

The Court hereby extends the deadline for sentencing submissions and adjourns sentencing to dates that will be determined after October 21.

SO ORDERED.

New York, NY
October 14, 2026

JED S. RAKOFF, U.S.D.J.