UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BRADLEY HEPPNER,<br><br>*Defendant.* | 25 Cr. 503 (JSR)<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE that Jonathan Bach of Shapiro Arato Bach LLP hereby appears as counsel for Defendant Bradley Heppner in the above-captioned matter.

I certify that I am admitted to practice in this Court.

Dated: October 20, 2026

Respectfully submitted,

/s/ Jonathan Bach
Jonathan Bach
SHAPIRO ARATO BACH LLP
1140 Avenue of the Americas, 17th Fl.
New York, NY 10036
(212)-257-4897
jbach@shapiroarato.com

*Attorneys for Defendant Bradley Heppner*